# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: RJ EWALD ENTERPRISES, INC.         §   Case No. 13-80190
                                          §
                                          §
Debtor(s)                                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH D. OLSEN                   , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
    327 South Church Street, Room #1100
    Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 10/21/2013 in Courtroom 3100, United States Courthouse,
327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  09/09/2013          By:  /s/JOSEPH D. OLSEN
                                                                                                  Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: RJ EWALD ENTERPRISES, INC.   §   Case No. 13-80190
　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　§

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*　　　　$　　10,998.00

*and approved disbursements of*　　　　　　$　　　　70.30

*leaving a balance on hand of* [1]　　　　　$　　10,927.70

**Balance on hand:**　　　　　　　　　　　$　　10,927.70

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 2S | Alpine Bank & Trust Co. | 3,000.00 | 0.00 | 0.00 | 0.00 |
| 2S-2 | Alpine Bank & Trust Co. | 3,000.00 | 0.00 | 0.00 | 0.00 |

　　　　　Total to be paid to secured creditors:　$　　　　0.00
　　　　　Remaining balance:　　　　　　　　　$　　10,927.70

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH D. OLSEN | 1,849.80 | 0.00 | 1,849.80 |
| Trustee, Expenses - JOSEPH D. OLSEN | 113.49 | 0.00 | 113.49 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 793.00 | 0.00 | 793.00 |

　　　　　Total to be paid for chapter 7 administration expenses:　$　　2,756.29
　　　　　Remaining balance:　　　　　　　　　　　　　　　　　$　　8,171.41

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $           0.00
Remaining balance:   $       8,171.41

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $           0.00
Remaining balance:   $       8,171.41

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,104.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | John Deere Financial, f.s.b. | 0.00 | 0.00 | 0.00 |
| 1 -2 | John Deere Financial, f.s.b. | 4,183.95 | 0.00 | 1,418.34 |
| 2U | Alpine Bank & Trust Co. | 0.00 | 0.00 | 0.00 |
| 2U-2 | Alpine Bank & Trust Co. | 19,920.89 | 0.00 | 6,753.07 |

Total to be paid for timely general unsecured claims:   $       8,171.41
Remaining balance:   $           0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 13-80190-TML
RJ Ewald Enterprises, Inc.                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 2          Date Rcvd: Sep 30, 2013
                              Form ID: pdf006          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2013.
```
db          #+RJ Ewald Enterprises, Inc.,    9302 Cincinnati Drive,   Machesney Park, IL 61115-1731
19943331      AT&T Universal Card,   Processing Center,   Des Moines, IA 50363-0001
19943330     +Alpine Bank & Trust Co.,   1700 N. Alpine Road,   Rockford, IL 61107-1459
19943332      Capital One Bank,   P.O. Box 6492,   Carol Stream, IL 60197-6492
19943333      Cardmember Services,   P.O. Box 15153,   Wilmington, DE 19886-5153
19943334      Citi Cards,   Processing Center,   Des Moines, IA 50363-0001
19943335     +Code3/PSE,   P.O. Box 957237,   St Louis, MO 63195-7237
19943336      Comcast Cable,   P.O. Box 3002,   Southeastern, PA 19398-3002
19943337     +Ford Motor Credit Corp.,   3600 Regent Blvd.,   Irving, TX 75063-2238
19943340      HSBC Business Solutions,   P.O. Box 17698,   Baltimore, MD 21297-1698
19943341      HSBC Card Services,   P.O. Box 71104,   Charlotte, NC 28272-1104
19943342      HSBC Retail Services,   P.O. Box 71106,   Charlotte, NC 28272-1106
19943329     +Hampilos & Langley Ltd,   308 West State Street #210,   Rockford, IL 61101-1140
19943339      Home Depot Credit Services,   P.O. Box 182676,   Columbus, OH 43218-2676
19972919     +Jackie R Ewald,   1944 Kenwood,   Beloit, WI 53511-5821
19943343      John Deere Financial,   P.O. Box 650215,   Dallas, TX 75265-0215
20268857      John Deere Financial, f.s.b.,   PO Box 6600,   Johnston, IA 50131-6600
19943344     +Lake Side Plastics,   P.O. Box 2384,   450 W. 33rd Ave.,   Oshkosh, WI 54902-7164
19943347     +ML Kishigo,   2901 S. Daimler Street,   Santa Ana, CA 92705-5810
19943345      Main Street Acquisition Corp.,   P.O. Box 31032,   Tampa, FL 33631-3032
19943346     +Maxxima,   Panor Corporation,   125 Cabot Court,   Hauppauge, NY 11788-3738
19943348     +Northland Group,   P.O. Box 390905,   Minneapolis, MN 55439-0905
19943349     +Occunomix,   585-52 N. Bicycle Path,   Port Jefferson Station, NY 11776-3431
19943350      Office Depot Credit Plan,   Dept. 56 - 8406489492,   P.O. Box 689020,
               Des Moines, IA 50368-9020
19972920     +Robert Ewald,   1944 Kenwood,   Beloit, WI 53511-5821
19943352    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:   U.S. Bank,   P.O. Box 790408,   St. Louis, MO 63179-0408)
19943353     +Westcheser,   100 Corridor Park Drive,   Monroe, OH 45050-1394
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19943338      E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2013 02:07:17      GE Capital Retail Bank,
               P.O. Box 960061,   Orlando, FL 32896-0061
19943351      E-mail/PDF: cbp@slfs.com Oct 01 2013 02:10:55      Springleaf Financial,   211 Elm Street,
               Rockford, IL 61101
                                                                                             TOTAL: 2
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19943328*    +RJ Ewald Enterprises Inc,   9302 Cincinnati Drive,   Machesney Park, IL 61115-1731
                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2013                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2013 at the address(es) listed below:
```
          Carole J. Ryczek   on behalf of Trustee Joseph D Olsen carole.ryczek@usdoj.gov
          Craig A Willette   on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          George P Hampilos   on behalf of Debtor   RJ Ewald Enterprises, Inc. georgehamp@aol.com,
           kris@hampilos-langley.com
```

```
District/off: 0752-3          User: kkrystave              Page 2 of 2              Date Rcvd: Sep 30, 2013
                              Form ID: pdf006              Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Joseph D Olsen   Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
          Joseph D Olsen   on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
          Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
          Thomas P. Sandquist   on behalf of Creditor   Alpine Bank & Trust Co. tsandquist@wilmac.com
                                                                                                                                       TOTAL: 7