**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: RJ EWALD ENTERPRISES, INC.         § Case No. 13-80190
                                          §
                                          §
Debtor(s)                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $3,452.00                     Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,171.41      Claims Discharged
                                                Without Payment: $100,511.59

Total Expenses of Administration: $2,826.59

---

   3) Total gross receipts of $ 10,998.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,998.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,000.00 | $6,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,826.59 | 2,826.59 | 2,826.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 115,695.46 | 48,209.68 | 24,104.84 | 8,171.41 |
| **TOTAL DISBURSEMENTS** | $117,695.46 | $57,036.27 | $26,931.43 | $10,998.00 |

4) This case was originally filed under Chapter 7 on January 21, 2013. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/22/2013     By: /s/JOSEPH D. OLSEN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 GMC 4500 Topkick Dump Truck other vehicles | 1129-000 | 10,998.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,998.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | Alpine Bank & Trust Co. | 4110-000 | 2,000.00 | 3,000.00 | 0.00 | 0.00 |
| 2S-2 | Alpine Bank & Trust Co. | 4110-000 | N/A | 3,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,000.00** | **$6,000.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,849.80 | 1,849.80 | 1,849.80 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 113.49 | 113.49 | 113.49 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 793.00 | 793.00 | 793.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.25 | 5.25 | 5.25 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.96 | 11.96 | 11.96 |
| Rabobank, N.A. | 2600-000 | N/A | 13.09 | 13.09 | 13.09 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,826.59** | **$2,826.59** | **$2,826.59** |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | John Deere Financial, f.s.b. | 7100-000 | 4,117.30 | 4,183.95 | 0.00 | 0.00 |
| 1 -2 | John Deere Financial, f.s.b. | 7100-000 | N/A | 4,183.95 | 4,183.95 | 1,418.34 |
| 2U | Alpine Bank & Trust Co. | 7100-000 | N/A | 19,920.89 | 0.00 | 0.00 |
| 2U-2 | Alpine Bank & Trust Co. | 7100-000 | 27,000.00 | 19,920.89 | 19,920.89 | 6,753.07 |
| NOTFILED | Main Street Acquisition Corp. | 7100-000 | 1,237.17 | N/A | N/A | 0.00 |
| NOTFILED | Maxxima Panor Corporation | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake Side Plastics | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | ML Kishigo | 7100-000 | 800.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | HSBC Retail Services | 7100-000 | 1,701.72 | N/A | N/A | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| NOTFILED | Office Depot Credit Plan | 7100-000 | 666.72 | N/A | N/A | 0.00 |
| NOTFILED | Northland Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Westcheser | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Springleaf Financial | 7100-000 | 896.58 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Services | 7100-000 | 2,131.09 | N/A | N/A | 0.00 |
| NOTFILED | Occunomix | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank | 7100-000 | 9,983.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital Retail Bank | 7100-000 | 8,269.07 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 986.09 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Universal Card Processing Center | 7100-000 | 11,656.80 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 5,865.96 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards Processing Center | 7100-000 | 20,196.63 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Services | 7100-000 | 7,532.52 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 9,507.55 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Cable | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HSBC Business Solutions | 7100-000 | 247.26 | N/A | N/A | 0.00 |
| NOTFILED | Code3/PSE | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$115,695.46** | **$48,209.68** | **$24,104.84** | **$8,171.41** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-80190  
**Case Name:** RJ EWALD ENTERPRISES, INC.

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/21/13 (f)  
**§341(a) Meeting Date:** 02/21/13

**Period Ending:** 11/22/13  
**Claims Bar Date:** 06/17/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account accounts, certificates of depos | 100.00 | 0.00 | | 0.00 | FA |
| 2 | R.J. Ewald Enterprises, Inc. d/b/a Ewald Complet | 1.00 | 0.00 | | 0.00 | FA |
| 3 | R.J. Ewald Enterprises, Inc. d/b/a Lights-N-Safe | 1.00 | 0.00 | | 0.00 | FA |
| 4 | 2005 GMC 4500 Topkick Dump Truck other vehicles | 10,500.00 | 9,000.00 | | 10,998.00 | FA |
| 5 | Computers (2) supplies. | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous equipment and supplies used in bus | 3,250.00 | 0.00 | | 0.00 | FA |
| 6 | **Assets** Totals (Excluding unknown values) | **$13,952.00** | **$9,000.00** | | **$10,998.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** March 31, 2014     **Current Projected Date Of Final Report (TFR):** September 5, 2013 (Actual)

Printed: 11/22/2013 03:16 PM     V.13.13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-80190  
**Case Name:** RJ EWALD ENTERPRISES, INC.  
**Taxpayer ID #:** **-***0015  
**Period Ending:** 11/22/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****044566 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/20/13 | {4} | Alpine Bank | 1st installment re: truck | 1129-000 | 1,833.00 | | 1,833.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,823.00 |
| 04/30/13 | {4} | Robert Ewald | re: Truck | 1129-000 | 1,833.00 | | 3,656.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,646.00 |
| 05/21/13 | {4} | Ewald Services, Inc. | monthly pymt. re: vehicle | 1129-000 | 1,800.00 | | 5,446.00 |
| 05/24/13 | {4} | Ewald Services, Inc. | pymt on dump truck | 1129-000 | 33.00 | | 5,479.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,469.00 |
| 06/05/13 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2013 FOR CASE #13-80190, Bond #016018067 | 2300-000 | | 5.25 | 5,463.75 |
| 06/24/13 | {4} | RJ Ewald | Cashier's ck re: pymt on truck | 1129-000 | 1,833.00 | | 7,296.75 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,286.75 |
| 07/25/13 | {4} | Ewald Services, Inc. | mo. pymt. on truck | 1129-000 | 1,833.00 | | 9,119.75 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.96 | 9,107.79 |
| 08/29/13 | {4} | Ewald Services, INc. | monthly pymt on truck | 1129-000 | 1,833.00 | | 10,940.79 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.09 | 10,927.70 |
| 10/22/13 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $793.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 793.00 | 10,134.70 |
| 10/22/13 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,849.80, Trustee Compensation; Reference: | 2100-000 | | 1,849.80 | 8,284.90 |
| 10/22/13 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $113.49, Trustee Expenses; Reference: | 2200-000 | | 113.49 | 8,171.41 |
| 10/22/13 | 105 | John Deere Financial, f.s.b. | Dividend paid 33.89% on $4,183.95; Claim# 1-2; Filed: $4,183.95; Reference: | 7100-000 | | 1,418.34 | 6,753.07 |
| 10/22/13 | 106 | Alpine Bank & Trust Co. | Dividend paid 33.89% on $19,920.89; Claim# 2U-2; Filed: $19,920.89; Reference: | 7100-000 | | 6,753.07 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,998.00 | 10,998.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,998.00 | 10,998.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,998.00** | **$10,998.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 13-80190 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- | --- |
| **Case Name:** | RJ EWALD ENTERPRISES, INC. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****044566 - Checking Account |
| **Taxpayer ID #:** | **-***0015 | | **Blanket Bond:** | $820,095.60 (per case limit) |
| **Period Ending:** | 11/22/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Net Receipts : 10,998.00 | | | | | |
| | | Net Estate : $10,998.00 | | | | | |

| | | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | | |
| Checking # ****044566 | | 10,998.00 | 10,998.00 | 0.00 |
| | | $10,998.00 | $10,998.00 | $0.00 |

{} Asset reference(s)                                                                                                                        Printed: 11/22/2013 03:16 PM   V.13.13